## Hanover Township Northampton County Authority *v.* D & M Construction Co., Inc., Appellant.

Argued January 19, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Martin Cohen,* with him *Gus Milides* and *Charles Spaziani,* for appellant.

*Norman Seidel,* with him *Leonard M. Cohn,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Order affirmed.